J Briccetti          RJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X
N. HANNAH LARYS-KENT,

        Plaintiff,

vs.

ARS NATIONAL SERVICES, INC. d/b/a
ASSOCIATED RECOVERY SYSTEMS

        Defendant.

-------------------------------------------------- X

Case No. 11-CV-4117 (VB)

**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**

**WHEREAS**, the response of defendant, ARS NATIONAL SERVICES INC. d/b/a ASSOCIATED RECOVERY SYSTEMS, ("ARS") to the Complaint is due on September 29, 2011; and

**WHEREAS**, the parties have agreed that ARS's response to the Complaint can be adjourned until October 13, 2011; and

**WHEREAS**, there has been one prior request for adjournment of the time to answer or otherwise respond to the Complaint; and

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff's counsel and Defendant's counsel that the time for Defendant to answer or otherwise respond to the Complaint shall be adjourned until October 13, 2011.

THE SALVO LAW FIRM, PC.

By: _____
    CINDY D. SALVO

Dated: September 26, 2011

LAW OFFICES OF ALLISON POLESKY, PC

By: _____
    ALLISON POLESKY

Dated: September 26, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| | |
|---|---|
| 165 Passaic Avenue, Suite 310<br>Fairfield, NJ 07004<br>(973) 233-4080<br>Attorneys for Defendant<br>ARS National Services, Inc.<br>d/b/a Associated Recovery<br>Systems | 511 Avenue of the Americas, Suite 712<br>New York, New York 10011<br>(866) 479-9500<br>Attorneys for Plaintiff N. Hannah Larys-Kent |

SO ORDERED: _____
U.S.D.J.

___9/28/11___
Date: