IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N. HANNAH LARYS-KENT,<br><br>Plaintiff,<br>v.<br><br>ARS NATIONAL SERVICES, INC. d/b/a<br>ASSOCIATED RECOVERY SYSTEMS<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.: 7:11-cv-04117-VB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court.

Dated:   New York, New York
         November 4, 2011

| THE SALVO LAW FIRM, P.C. | LAW OFFICES OF ALLISON POLESKY, P.C. |
|---|---|
| By: _/s/ Cindy D. Salvo_<br>Cindy D. Salvo, Esq.<br>*Attorney for Defendant*<br>ARS National Services, Inc.<br>165 Passaic Avenue, Suite 310<br>Fairfield, New Jersey 07004<br>(862) 881-4110 | By: _/s/ Allison Polesky_<br>Allison D. Polesky (AP5446)<br>*Attorney for Plaintiff*<br>511 Avenue of the Americas, Suite 712<br>New York, New York 10011<br>(866) 479-9500 |