UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
N. HANNAH LARYS-KENT,
                        Plaintiff,

        **ORDER**

v.

        11 CV 4117 (VB)

ARS NATIONAL SERVICES, INC. d/b/a
ASSOCIATED RECOVERY SYSTEMS,
                        Defendant.
------------------------------------------------------------x

        The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

Dated: November 7, 2011
       White Plains, New York

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____